UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bertha Terpstra,                              Civil No. 06-3647 (RHK/AJB)

        Plaintiff,              **DISQUALIFICATION AND**
                                              <u>**ORDER FOR REASSIGNMENT**</u>
vs.

Wyeth, and its division, Wyeth
Pharmaceuticals, Inc.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 11, 2006

                                                                                     s/Richard H. Kyle
                                                                                    RICHARD H. KYLE
                                                                                   United States District Judge

Dockets.Justia.com